UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) Criminal Case No. 1:24-cr-39-01-SE-AJ <br> ) |
| v. | ) <br> ) |
| TYLER ANDERSON | ) <br> ) |

## INDICTMENT

The Grand Jury charges:

COUNT ONE
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about November 22, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

knowingly transmitted in interstate commerce electronic communications that the defendant intended to be a threat, knew to be a threat, and acted in reckless disregard that a reasonable recipient would understand to be a threat, by sending a series of text and image messages to the campaign of U.S. Presidential Candidate 1 containing a threat to "impale" and "disembowel" U.S. Presidential Candidate 1, in violation of Title 18, United States Code, Section 875(c).

COUNT TWO
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about December 6, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

knowingly transmitted in interstate commerce electronic communications that the defendant intended to be a threat, knew to be a threat, and acted in reckless disregard that a reasonable recipient would understand to be a threat, by sending a series of text messages to the campaign of

U.S. Presidential Candidate 2 containing a threat to "blow" the "head off" of U.S. Presidential Candidate 2 and conduct a "mass shooting," in violation of Title 18, United States Code, Section 875(c).

COUNT THREE
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about December 8, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

knowingly transmitted in interstate commerce electronic communications that the defendant intended to be a threat, knew to be a threat, and acted in reckless disregard that a reasonable recipient would understand to be a threat, by sending a series of text messages to the campaign of U.S. Presidential Candidate 3 containing a threat to "blow" the "brains out" of U.S. Presidential Candidate 3 and "kill everyone" who attends a campaign event, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated:  April 24, 2024

/s/ Foreperson
FOREPERSON

JANE E. YOUNG
UNITED STATES ATTORNEY

/s/ Matthew Vicenanzo
By:   Matthew Vicinanzo
      Charles L. Rombeau
      Assistant U.S. Attorneys