UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TYLER ANDERSON ) | Cr. No.  1:24-cr- 39-SE-AJ |

PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled case on the 24th day of April, 2024.

This 24th day of April, 2024.

                                            JANE E. YOUNG
                                            United States Attorney


                                            By: /s/ Charles L. Rombeau
                                                  Charles L. Rombeau
                                                  Assistant U.S. Attorney

SUMMONS ISSUED: _____