THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | 1:24-CR-39-SE-AJ |
| | ] | |
| | ] | |
| TYLER ANDERSON | | |

## NOTICE CONCERNING ORDERED BRIEFING ON MOTION TO DISMISS FOR SPEEDY TRIAL ACT VIOLATION

On May 1, 2024 the Court held a status conference. At that time, the Speedy Trial Act, including calculations of the speedy trial clock and its implications, were discussed. Specifically, the Court cited United States v. Irizarry-Colon, 848 F.3d 61 (1st Cir. 2017) for the proposition that when an indictment is dismissed on the government's motion, the speedy trial clock merely pauses until a new indictment is filed, rather than resetting.

The Court directed the defendant to file his brief regarding speedy trial by May 3, 2024. Counsel for Tyler Anderson notifies the Court that based on her calculations of excludable and non-excludable time, a Motion to Dismiss for Speedy Trial Act Violation is not ripe at this time. Accordingly, counsel will file the appropriate motion when the issue is ripe.

1

                                        Respectfully submitted,

Date: May 3, 2024                       */s/ Dorothy E. Graham*

                                        Respectfully submitted,

                                        Dorothy E. Graham
                                        Assistant Federal Defender
                                        22 Bridge Street
                                        Concord, NH
                                        603.226-7360

                                        E-mail: Dorothy_Graham@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document was served on May 3, 2024 to the attorneys of record and in the manner specified herein: electronically served through ECF.

                                        */s/Dorothy E. Graham*

                                        Dorothy E. Graham