AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
APR 25 2024
U.S. MARSHALS SERVICE

FILED - USDC -NH
2024 MAY 3 PM2:03

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tyler Anderson | ) | Case No. 1:24-cr-39-SE-AJ |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building 55 Pleasant Street Concord, New Hampshire | Courtroom No.: Ctrm B |
|---|---|
| | Date and Time: 05/06/2024 2:00 pm |

This offense is briefly described as follows:

Counts 1 through 3: Interstate Threatening Communications - 18 U.S.C. § 875(c)

Date: 04/25/2024

*Issuing officer's signature*
Megan Cahill, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 5/1/2024

*Server's signature*

Brandon Wilson  DUSM
*Printed name and title*