AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| United States of America | |
|---|---|
| v. | Case No. 24-cr-39-01-SE-AJ |
| Tyler Anderson | |

**U.S. MARSHALS SERVICE**
**RECEIVED JUN 2 5 2024**

**SEALED DOCUMENT**

FILED - USDC -NH
2024 AUG 5 AM11:32

## BENCH WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States District Judge without unnecessary delay Tyler Anderson who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Supervised Release Violation Petition   ☐ Violation Notice
☐ Probation Violation Petition   ☐ Information   ☐ Complaint
☐ Superseding Indictment   ☐ Superseding Information   ☒ Order of the Court

This offense is briefly described as follows: Failure to appear as directed.

Date: 6/26/2024

_____
Samantha D. Elliott
U.S. District Judge

City and state: Concord, NH

---

**Return**

This warrant was received on (date) 6-25-24, and the person was arrested on (date) _____ at (city and state) _____.

Date: 8/5/24

# Dismissed

_____
Arresting officer's signature

Merritt DUSM
Printed name and title